

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00073-CV

IN RE THEODIS DODSON, JR.                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 1072134

------------

## MEMORANDUM OPINION[1]

------------

We have considered relator's "Motion To File Less Copies Because Of Indigent." The motion is **GRANTED**.

The court has considered relator's petition for writ of mandamus seeking relief from the court reporter and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and MEIER, JJ.

DELIVERED: March 13, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).